# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONNIE LECOMPTE, individually and on behalf of all others similarly situated, | CASE NO. 3:21-cv-00747-wmc |
| Plaintiff, | |
| v. | |
| MASON COMPANIES, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Connie LeCompte hereby dismisses the above-entitled action against defendant Mason Companies, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 27, 2022                 Respectfully submitted,

By: /s/ Frank S. Hedin

Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801


*Counsel for Plaintiff*